DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILTON KEN HERBERT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-819

[November 2, 2022]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 17-011221-CF-10A.

Wilton Ken Herbert, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

Affirmed. *See Smith v. State*, 932 So. 2d 594, 595 (Fla. 5th DCA 2006) ("[T]he trial court is only required to award credit for pre-sentence jail time; it is the function of the Department of Corrections to award credit for any time served in jail after sentencing but before transfer to state prison. *See* § 921.161(2), Fla. Stat. (2005).").

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***